## (January 17, 1973)

SACKMAN-GILLILAND CORPORATION, Respondent, v. SENATOR HOLDING CORP., Appellant. — On the court's own motion, the words "without costs" in the first decretal paragraph of both the decision [40 A D 2d 998] and the order herein dated December 11, 1972, are deleted. Martuscello, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.